UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR.,<br><br>Petitioner,<br>v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00576-MMD-WGC<br><br>ORDER |

In this habeas corpus action, on September 18, 2019, the Court granted the Petitioner's motion for appointment of counsel and appointed counsel for Petitioner. (ECF No. 3.) In that order, the Court denied Petitioner's Application to proceed *in forma pauperis* because it was incomplete but ordered that Petitioner would not be required to pay the filing fee or file a new *in forma pauperis* application until after counsel appeared for him. (*See id.*) Counsel has now appeared for Petitioner. (ECF No 8.)

It is therefore ordered that Petitioner will have 30 days from the date of this order to pay the $5 filing fee for this action or file a new, complete *in forma pauperis* application.

DATED THIS 22nd day of October 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE