UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR.,<br><br>Petitioner,<br><br>v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00576-MMD-WGC<br><br>ORDER |

In this habeas corpus action, on September 18, 2019, the Court granted the Petitioner's motion for appointment of counsel and appointed counsel for Petitioner. (ECF No. 3.) In that order, the Court denied Petitioner's Application to Proceed *in Forma Pauperis*, because it was incomplete but ordered that Petitioner would not be required to pay the filing fee or file a new *in forma pauperis* ("IFP") application until after counsel appeared for him. (*See id.*) Counsel appeared for Petitioner on October 18, 2019. (ECF No. 8.) On October 21, 2019, the Court issued a scheduling order setting a deadline of 90 days (until January 21, 2020) for Petitioner to file an amended petition and setting a schedule for further proceedings beyond that. (ECF No. 9.) On October 22, 2019, the Court entered an order (ECF No. 10) setting a deadline of 30 days (until November 21, 2019) for Petitioner to pay the $5 filing fee for this action or file a new, complete IFP application.

On November 21, 2019, Petitioner filed a new IFP application (ECF No. 11) and, on December 17, 2019, he filed a financial certificate (ECF No. 12). That certificate is not on the form usually required by the Court (which is provided by the Court with the form for an IFP action), but it substantially provides the information necessary.

1 | The Court determines that Petitioner is unable to pay the filing fee for this action and that he qualifies for IFP status.

It is therefore ordered that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 11) is granted. Petitioner will not be required to pay the filing fee for this action.

DATED THIS 19th day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE