1
2
3                     UNITED STATES DISTRICT COURT
4                          DISTRICT OF NEVADA
5                               *  *  *
6    JERMAINE JAMAICA                    Case No. 3:19-cv-00576-MMD-WGC
     CAMPBELL, Sr.,
7                                                    ORDER
                                 Petitioner,
8
          v.
9
     WARDEN RUSSELL, *et al.*,
10
                                 Respondents.
11
12
13        In this habeas corpus action, Petitioner Jermaine Jamaica Campbell, Sr. is

14   represented by appointed counsel and was due to file an amended habeas petition by

15   April 20, 2020. (ECF No. 15.)

16        On April 20, 2020, Petitioner filed a motion for extension of time (ECF No. 17)

17   requesting a 62-day extension of time, to June 22, 2020 to file his amended petition (June

18   20 is a Saturday). Petitioner's counsel states that the extension of time is necessary

19   because of delay caused by the COVID-19 pandemic. Respondents do not oppose the

20   motion for extension of time.

21        The Court finds that Campbell's motion for extension of time is made in good faith

22   and not solely for the purpose of delay, and that there is good cause for the extension of

23   time requested.

24        It is therefore ordered that Petitioner's motion for extension of time (ECF No. 17)

25   is granted. Petitioner will have until and including June 22, 2020, to file his amended

26   habeas petition.

27   ///

28   ///

1        It is further ordered that, in all other respects, the schedule for further proceedings

2  set forth in the order entered October 21, 2019 (ECF No. 9) will remain in effect.

3

4        DATED THIS 21st day of April 2020.

5

6                                         

7                              MIRANDA M. DU
                              CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28