UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR., | Case No. 3:19-cv-00576-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN RUSSELL, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after a 90-day extension of time (ECF No. 15) and a 62-day extension of time (ECF No. 18), Petitioner Jermaine Jamaica Campbell, Sr., represented by appointed counsel, was due to file an amended petition for writ of habeas corpus by June 22, 2020.

On June 22, 2020, Petitioner filed a motion for extension of time (ECF No. 21) requesting a 60-day extension of time, to August 21, 2020, to file his amended petition. Petitioner's counsel states that the extension of time is necessary because of the recent departure from the office of the Federal Public Defender of the attorney who was handling this case. Respondents do not oppose the motion for extension of time.

The Court finds that Campbell's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 21) is granted. Petitioner will have until and including August 21, 2020, to file his amended habeas petition.

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered October 21, 2019 (ECF No. 9) will remain in effect.

DATED THIS 23rd day of June 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE