UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR., | Case No. 3:19-cv-00576-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN RUSSELL, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Petitioner Jermaine Jamaica Campbell, Sr., represented by appointed counsel, filed an amended habeas petition on September 21, 2020. (ECF No. 25.) After a 60-day extension of time, Respondents were to file a response to the amended petition by January 19, 2021. (ECF Nos. 9, 32.)

On January 19, 2021, Respondents filed a motion for extension of time (ECF No. 33) requesting a further 30-day extension of time, to February 18, 2021. Respondents' counsel states that the extension of time is necessary because of the time necessary to obtain the state court record and because of delays caused by the COVID-19 pandemic. (*Id.*) Petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' motion for extension of time (ECF No. 33) is granted. Respondents will have until and including February 18, 2021, to file a response to the amended habeas petition.

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered October 21, 2019 (ECF No. 9) will remain in effect.

DATED THIS 20th Day of January 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE