UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR., | Case No. 3:19-cv-00576-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN RUSSELL, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the Petitioner, Jermaine Jamaica Campbell, Sr., represented by appointed counsel, filed an amended habeas petition on September 21, 2020. (ECF No. 25.) After a 60-day extension of time and then a 30-day extension of time, Respondents were to file a response to the amended petition by February 18, 2021. (ECF Nos. 9, 32, 34.)

On February 18, 2021, Respondents filed a motion for extension of time (ECF No. 35) requesting a further 32-day extension of time, to March 22, 2021. Respondents' counsel states that the extension of time is necessary because of delays caused by the COVID-19 pandemic and because of personal medical issues. Petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

1    It is therefore ordered that Respondents' motion for extension of time (ECF No. 35) is granted. Respondents will have until and including March 22, 2021, to file a response to the amended habeas petition.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered October 21, 2019 (ECF No. 9) will remain in effect.

DATED THIS 19th Day of February 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE