UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR., | Case No. 3:19-cv-00576-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN RUSSELL, *et al.*, | |
| Respondents. | |

In this habeas corpus action Petitioner Jermaine Jamaica Campbell, Sr., represented by appointed counsel, filed an amended habeas petition on September 21, 2020. (ECF No. 25.) After extensions of time of 60, 30, and 32 days, Respondents were to file a response to the amended petition by March 22, 2021. (ECF Nos. 9, 32, 34, 36.)

On March 22, 2021, Respondents filed a motion for extension of time (ECF No. 37) requesting a further 14-day extension of time, to April 5, 2021. Respondents' counsel states that the extension of time is necessary because of delays caused by the COVID-19 pandemic and because of personal medical issues. Petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

It is therefore ordered that Respondents' motion for extension of time (ECF No. 37) is granted. Respondents will have until and including April 5, 2021, to file a response to the amended habeas petition.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered October 21, 2019 (ECF No. 9) will remain in effect.

DATED THIS 30th Day of March 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE