Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Alicia_intriago@fd.org

*Attorney for Petitioner Jermaine Jamaica Campbell, Sr.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jermaine Jamaica Campbell, Sr.,<br><br>　　　　Petitioner,<br><br>　v.<br><br>Quentin Byrne, Warden, *et al.*,<br><br>　　　　Respondents. | Case No. 3:19-cv-00576-MMD-WGC<br><br>**Order Granting Unopposed Motion to Extend Time for Filing Opposition to Respondents' Motion to Dismiss**<br><br>**(Second Request)** |

Petitioner Jermaine Campbell respectfully asks this Court to enter an Order extending his deadline for filing an opposition to Respondents' motion to dismiss by 14 days until August 11, 2021.

Undersigned counsel e-mailed Respondents' counsel on July 27, 2021, who does not oppose this extension. This is Mr. Campbell's second request for an extension of time.

Counsel has been diligently working on Mr. Campbell's opposition. Unfortunately, she needs an additional 14 days to complete the opposition in light of the complexity of the response, her recent schedule, upcoming deadlines, and unexpected medical leave. In the past two months, besides case management responsibilities including but not limited to reviewing materials in a recently assigned case and preparing documents for expert review, counsel has filed: a reply brief in support of an amended habeas petition in *Grant v. Byrne*, No. 3:16-cv-00104-MMD-CLB (D. Nev.); two motions to strike or for more definite statement and their respective reply briefs in *Herrada-Gonzalez v. Howell*, No. 2:20-cv-01013-GMN-DJA (D. Nev.), and *Coleman v. Gittere*, No. 3:19-cv-00172-RCJ-WGC (D. Nev.); and an application for certificate of appealability in *Finias v. Baker*, No. 21-15948 (9th Cir.). She also travelled to Northern Nevada from June 10 to June 13, 2021, to make prison visits to Lovelock Correctional Center as well as to Ely State Prison from June 23 to June 25, 2021, to make prison visits. More recently, counsel attended a National Association of Criminal Defense Lawyers' conference in Milwaukee, Wisconsin, from July 21 through July 24, 2021. Accordingly, counsel seeks additional time to complete and file the opposition.

This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Mr. Campbell.

Accordingly, counsel respectfully requests that this Court grant a 14-day extension of time for filing the opposition up to and including August 11, 2021, in order for the effective and thorough representation of Mr. Campbell.

Dated July 28, 2021.

    Respectfully submitted,

    Rene L. Valladares
    Federal Public Defender

    */s/ Alicia R. Intriago*
    Alicia R. Intriago
    Attorney for Petitioner

IT IS SO ORDERED:

_____
MIRANDA M. DU
CHIEF DISTRICT JUDGE

Dated: 7/29/2021

3