UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR., | Case No. 3:19-cv-00576-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN RUSSELL, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed a motion to dismiss (ECF No. 42) on April 9, 2021. After a 60-day initial period, a 50-day extension of time, and a 14-day extension of time, Petitioner Jermaine Jamaica Campbell, Sr., represented by appointed counsel, was due to respond to the motion to dismiss by August 11, 2021. (ECF Nos. 9, 53, 55.)

On August 11, 2021, Campbell filed a motion for extension of time (ECF No. 56 ("Motion")) requesting a further 14-day extension of time, to August 25, 2021, to respond to the motion to dismiss. This would be the third extension of this deadline. Campbell's counsel states that the extension of time is necessary because she has contracted COVID-19. Respondents do not oppose the Motion.

The Court finds that Campbell's Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Campbell's Motion (ECF No. 56) is granted. Campbell will have until and including August 25, 2021, to file a response to the motion to dismiss.

///

///

///

1    It is further ordered that, in all other respects, the schedule for further proceedings
2 set forth in the order entered October 21, 2019 (ECF No. 9) will remain in effect.
3    DATED THIS 12th Day of August 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE