UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR.,<br><br>Petitioner,<br><br>v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00576-MMD-WGC<br><br>ORDER |

In this habeas corpus action, Respondents filed a motion to dismiss (ECF No. 42 ("Motion")) on April 9, 2021, and Petitioner Jermaine Jamaica Campbell, Sr., represented by appointed counsel, filed a response to the Motion (ECF No. 58), on August 19, 2021. Respondents were then due to file a reply in support of their Motion by September 20, 2021. (ECF No. 9 at 2.)

On September 20, 2021, Respondents filed a motion for extension of time (ECF No. 59), requesting a 14-day extension of time, to October 4, 2021, to file a reply in support of their Motion. This would be the first extension of this deadline. (*Id*. at 1.) Respondents' counsel states that the extension of time is necessary because of personal health issues. (*Id*. at 2.) Campbell does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 59) is granted. Respondents will have until and including October 4, 2021, to file a reply in support of their motion to dismiss. (ECF No. 42.)

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered October 21, 2019 (ECF No. 9) will remain in effect.

DATED THIS 22nd Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE