UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR.,<br><br>      Petitioner,<br><br>  v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>      Respondents. | Case No. 3:19-cv-00576-MMD-CSD<br><br>ORDER |

  In this habeas corpus action, Respondents were to file an answer by February 14, 2022. (ECF No. 64.) On February 14, 2022, Respondents filed a motion for extension of time (ECF No. 66 ("Motion")) requesting a 45-day extension, to March 31, 2022, to file their answer. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of personal health issues. (*Id*. at 2.) Petitioner Jermaine Jamaica Campbell, Sr., does not oppose the Motion.

  The Court finds that Respondents' Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

  It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 66) is granted. Respondents will have until and including March 31, 2022, to file an answer. In all other respects, the schedule for further proceedings set forth in the order entered October 21, 2019 (ECF No. 9) will remain in effect.

  DATED THIS 17th Day of February 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE