# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR., | Case No. 3:19-cv-00576-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN RUSSELL, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after an initial 60-day period following the resolution of Respondents' motion to dismiss, and then extensions of time for 45 days and 32 days, Respondents were to file an answer to Petitioner Jermaine Jamaica Campbell's first amended petition for writ of habeas corpus by May 2, 2022. (ECF Nos. 64, 67, 69.) On May 2, 2022, Respondents filed a motion for extension of time (ECF No. 70 ("Motion")) requesting an additional 14-day extension, to May 16, 2022, for their answer. Respondents' counsel states that the extension is necessary because of health issues. Campbell does not oppose the Motion.

The Court finds that Respondents' Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the Motion. However, given the amount of time that Respondents will have had to file their answer—their motion to dismiss was resolved on December 16, 2021—*the Court will not look favorably upon any motion to further extend this deadline*.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 70) is granted. Respondents will have until and including May 16, 2022, to file an answer.

In all other respects, the schedule for further proceedings set forth in the order entered October 21, 2019 (ECF No. 9) will remain in effect.

DATED THIS 3rd Day of May 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE