UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR., | Case No. 3:19-cv-00576-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN RUSSELL, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed their answer to the amended petition on May 25, 2022 (ECF No. 75). Petitioner Jermaine Jamaica Campbell, Sr., represented by appointed counsel, was due to file a reply by July 11, 2022. (ECF No. 9.) On July 11, 2022, Campbell filed a motion for extension of time (ECF No. 77 ("Motion")) requesting a 60-day extension, to September 9, 2022, for his reply. Campbell's counsel states that the extension is necessary because of her obligations in other cases.

The Court finds that Campbell's Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the Motion.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 77) is granted. Petitioner will have until and including September 9, 2022, to file a reply to Respondents' answer.

///

///

///

1    In all other respects, the schedule for further proceedings set forth in the order

2  entered October 21, 2019 (ECF No. 9) will remain in effect.

3    DATED THIS 12th Day of July 2022.

5    _____
   MIRANDA M. DU
6    CHIEF UNITED STATES DISTRICT JUDGE

2