UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR., <br><br> Petitioner, <br><br> v. <br><br> WARDEN RUSSELL, *et al.*, <br><br> Respondents. | Case No. 3:19-cv-00576-MMD-CSD <br><br> ORDER |

In this habeas corpus action, Respondents filed their answer on May 25, 2022 (ECF No. 75). Then, after an initial period of 45 days, and a 60-day extension of time, Petitioner Jermaine Jamaica Campbell, Jr., who is represented by appointed counsel, was due to file his reply by September 9, 2022. (ECF Nos. 9, 78.)

On September 8, 2022, Campbell filed a motion for extension of time (ECF No. 80 ("Motion")) requesting a further 45-day extension, to October 24, 2022, for his reply. Campbell's counsel states—as she did in requesting the last extension—that this extension is necessary because of her obligations in other cases.

The Court finds that Campbell's Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will therefore grant the Motion.

However, reviewing the amended petition and the answer, and considering the amount of time that Campbell will have had to file his reply (about five months), *the Court will not look favorably upon any motion to further extend this deadline*.

It is therefore ordered that Campbell's Motion for Extension of Time (ECF No. 80) is granted. Campbell will have until and including October 24, 2022, to file a reply to

Respondents' answer. In all other respects, the schedule for further proceedings set forth in the order entered October 21, 2019 (ECF No. 9) will remain in effect.

DATED THIS 8th Day of September 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE