UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR.,<br><br>Petitioner,<br><br>v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00576-MMD-CSD<br><br>ORDER |

In this habeas corpus action, Respondents filed their answer to the amended petition on May 25, 2022 (ECF No. 75). Then, after an initial period of 45 days, a 60-day extension of time, and a 45-day extension of time, Petitioner Jermaine Jamaica Campbell, Sr., who is represented by appointed counsel, was due to file his reply by October 24, 2022. (ECF Nos. 9, 78, 81.) In the order granting the last extension, the Court stated: "However, reviewing the amended petition and the answer, and considering the amount of time that Campbell will have had to file his reply (about five months), *the Court will not look favorably upon any motion to further extend this deadline*." (ECF No. 81.)

On October 24, 2022, Campbell filed a motion for extension of time (ECF No. 82 ("Motion")) requesting an additional 35-day extension, to November 28, 2022, for his reply. Campbell's counsel states—as in the two previous requests for extensions—that this extension is necessary because of obligations in other cases. Campbell's counsel represents that Respondents do not oppose the Motion.

The Court finds that Campbell's Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the Motion. *However, the Court will not be inclined to further extend this deadline absent extraordinary circumstances.*

It is therefore ordered that Campbell's Motion for Extension of Time (ECF No. 82) is granted. Campbell will have until and including November 28, 2022, to file a reply to Respondents' answer. In all other respects, the schedule for further proceedings set forth in the order entered October 21, 2019 (ECF No. 9) will remain in effect.

DATED THIS 25th Day of October 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE