UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERMAINE JAMAICA CAMPBELL, SR., | Case No. 3:19-cv-00576-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed their answer on May 25, 2022 (ECF No. 75), and Petitioner Jermaine Jamaica Campbell, Sr., filed his reply on January 25, 2023 (ECF No. 90), and a corrected reply on February 10, 2023 (ECF No. 93). Respondents' response to the reply was then due on February 24, 2023 (ECF No. 9) (thirty days for response to reply) (due date calculated here from filing of original reply).

On February 24, 2023, Respondents filed a motion for extension of time (ECF No. 95), requesting a 60-day extension, to April 25, 2023, for their response to Campbell's reply. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because she "[has] been dealing with pressing medical/health issues and a significantly increased workload due to colleague departures," and she "[has] also been out of the office for holiday and annual leave/sick time." (*Id*. at 2.) Respondents' counsel represents that Campbell, who is represented by appointed counsel, does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 95) is granted. Respondents will have until and including April 25, 2023, to file a response to Campbell's reply.

It is further ordered that, under Federal Rule of Civil Procedure 25(d), William Gittere is substituted for Warden Russell as the respondent warden of Ely State Prison. The Clerk of Court is directed to update the docket to reflect this change.

DATED THIS 28th Day of February 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE